Order entered December 21, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01495-CR

**JONATHAN BRUCE REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 4
Dallas County, Texas
Trial Court Cause No. F81-01988-K

## ORDER

The Court **GRANTS** appellant's motion for leave to file over-length brief.

We **ORDER** appellant to file his brief as set out in his motion within **FIFTEEN DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE